

CLERK'S OFFICE
A TRUE COPY
Apr 18, 2025
s/JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
#### for the
### Eastern District of Wisconsin



| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Timothy Bea | ) | |
| DOB: x/xx/1984 | ) | **25-M-376 (SCD)** |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 17 & 18, 2025_____ in the county of _____Milwaukee_____ in the
_____Eastern_____ District of _____Wisconsin_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A); 18 U.S.C. §§ 924(c)(1)(A)(i), 924(c)(1)(B)(ii), 922(o), and 922(a)(2) | Possession with Intent to Distribute Controlled Substances; Possession of a Firearm in Furtherance of Drug Trafficking and Possession of a Machinegun in Furtherance of Drug Trafficking; and Possession of a Machinegun |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

SEAN MAYERBOCK (Affiliate)

Digitally signed by SEAN MAYERBOCK (Affiliate)
Date: 2025.04.18 14:46:04 -05'00'

_____
*Complainant's signature*

Sean Mayerbock, DEA TFO
*Printed name and title*

Sworn via telephone; transmitted via email
pursuant to Fed. R. Crim. 4.1

Date: _____4-18-25_____

City and state: _____Milwaukee, Wisconsin_____

_____
*Judge's signature*

Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
## AND ARREST WARRANT

I, Sean Mayerbock, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Detective with the City of Brookfield Police Department and have been a sworn law enforcement officer for over 9 years.  I am currently assigned to the North Central High Intensity Drug Trafficking Area (HIDTA) – Drug Gang Task Force. HIDTA is composed of law enforcement officers from the Milwaukee Police Department (MPD), Drug Enforcement Administration (DEA), Federal Bureau of Investigation (FBI), and several other federal and local law enforcement agencies.  Since November 2019, I have been a Task Force Officer with the United States Department of Justice, Drug Enforcement Administration.  As such, I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations of and to make arrests for federal felony offenses.  As a federal law enforcement officer, I have participated in the investigation of narcotics-related offenses, resulting in the prosecution and conviction of numerous individuals and the seizure of illegal drugs, weapons, stolen property, millions of dollars in United States currency, and other evidence of criminal activity.

2.      As a narcotics investigator, I have interviewed many individuals involved in drug trafficking and have obtained information from them regarding acquisition, sale, importation, manufacture, and distribution of controlled substances. Through my training and experience, I am familiar with the actions, habits, traits, methods, and terminology used by the traffickers and abusers of controlled substances. I have

2

participated in all aspects of drug investigations, including physical surveillance, execution of search warrants, undercover transactions, court-ordered wiretaps, analysis of phone and financial records, and arrests of numerous drug traffickers. I have been the affiant on many search warrants. I have also spoken on numerous occasions with other experienced narcotics investigators concerning the methods and practices of drug traffickers and money launderers. Furthermore, I have attended training courses that specialized in the investigation of narcotics trafficking. Through these investigations, my training and experience, and conversations with other law enforcement personnel, I have become familiar with the methods used by drug traffickers to manufacture, smuggle, safeguard, distribute narcotics, and to collect and launder trafficking-derived proceeds. I am further aware of the methods employed by major narcotics organizations to thwart any investigation of their illegal activities.

3.     This affidavit is based upon my personal knowledge, training, experience, and upon information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.     I am submitting this affidavit in support of a Federal Criminal Complaint for Timothy BEA (DOB xx/xx/1984), in the State and Eastern District of Wisconsin. As will be shown below, there is probable cause to believe that on or about April 17 and 18, 2025, Timothy BEA committed the crime of Possession with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1) and

3

841(b)(1)(A); Possession of a Firearm in Furtherance of Drug Trafficking and Possession of a Machinegun in Furtherance of Drug Trafficking, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 924(c)(1)(B)(ii); and Possession of a Machinegun, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## **PROBABLE CAUSE**

5.     On April 17, 2025, law enforcement officers observed a 2021 black 2021 Cadillac Escalade, bearing Wisconsin Registration 244-ZNC, traveling in the County of Milwaukee. Based on their training and experience, officers observed illegal tint on the front windshield of the vehicle and thereafter conducted a traffic stop of the Cadillac Escalade. Timothy BEA was identified as the driver of the vehicle and C.R. was identified as the passenger of the vehicle. A drug detection dog was on the scene of the traffic stop, and when it circled the Cadillac Escalade, the drug detection dog alerted to the presence of controlled substances in/on the Cadillac Escalade. Subsequently, officers conducted an on-scene search of the Cadillac Escalade and located a brick-shaped object under the hood. The suspected controlled substance was field tested, which test returned positive for the presence of fentanyl, a Schedule II controlled substance.

6.     The Cadillac Escalade is registered to Timothy BEA at 39xx N. Teutonia Avenue, Milwaukee, Wisconsin, which location was identified as ICare Childcare, formerly Bar 1000.

7.     On April 18, 2025, the Honorable Stephen C. Dries, United States Magistrate Judge for the Eastern District of Wisconsin, authorized search warrants for BEA's

4

residence, located at 26xx S. 76th Street, West Allis, Wisconsin, ICare Childcare/Bar 1000, located at 39xx N. Teutonia Avenue, Milwaukee, Wisconsin.

8.    A search of I-Care Childcare/Bar 1000 resulted in the recovery of the following: approximately 5,375 grams (5 kilograms) of suspected fentanyl, approximately 1,055 grams (approximately 1 kilogram) of suspected cocaine. All narcotics were field tested and indicated positive results for their respective controlled substance. All narcotics were weighed while in the respective packaging. Additionally located were 3 firearms including a shotgun and 2 pistols, one with a switch, which converts the firearm from semi-automatic to a fully-automatic. Law enforcement officers also located an envelope addressed to BEA at the address of ICare Childcare/Bar 1000.

9.    A search of BEA's house resulted in the recovery of the following: 2 kilogram presses, a money counter, 10 firearms, including 5 pistols and 5 rifles, and ammunition. Numerous firearms were located in a bedroom identified by his mother as belonging to BEA, and an additional firearm was located in a vehicle believed to be used by BEA. Furthermore, located within the residence were multiple documents for "Bar 1000"/39xx N. Teutonia Avenue, and mail addressed to BEA at the address for ICare Childcare/Bar 1000.

## CONCLUSION

10.    Based on the foregoing, I believe that there is probable cause to believe that Timothy BEA committed the crime of Possession with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); Possession of a Firearm in Furtherance of Drug Trafficking and Possession

of a Machinegun in Furtherance of Drug Trafficking, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 924(c)(1)(B)(ii); and Possession of a Machine Gun, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).