# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** <br> on Criminal Complaint |
| v. | |
| **TIMOTHY BEA** | CASE NUMBER **25-mj-376** |

| | |
|---|---|
| HONORABLE STEPHEN C. DRIES, presiding | Court Reporter: Liberty |
| Deputy Clerk: Katina Hubacz | Hearing Began: 3:02:46 |
| Hearing Held: April 21, 2025 at 3:00 PM | Hearing Ended: 3:07:50 |

**Appearances:**

UNITED STATES OF AMERICA by: Elizabeth Monfils
TIMOTHY BEA, in person, and by: Joshua Uller ☐ CJA ☐ FDS ☐ RET
U.S. PROBATION OFFICE by: Kasie Kotewa
INTERPRETER: ☒ None ☐ Sworn

☐ Defendant consents to proceed via video
☒ Defendant advised of rights
☐ Court orders counsel appointed
    ☐ Defendant to reimburse at $ Amount per month
☒ Defendant advised of charges, penalties, and fines
☒ Counsel advised of *Brady v. Maryland* requirements (*See* Order below)
☒ **Detention Hearing set for April 23, 2025 at 11:30 AM**

Maximum Penalties:
mand min 10 yrs-life IMP, $10 mil find, 5 yrs-life SR, $100 SA
mand min 5 yrs-life IMP (consecutive), $250,000 fine, 4 yrs SR, $100 SA
mand min 30 yrs-life IMP, $250,000 fine, 5 yrs SR, $100 SA
10 yrs IMP, $250,000 fine, 3 yrs SR, $100 SA

Govt:
- Parties have discussed and agree to ask for a detention hearing this Wednesday
- No bond study has been prepared
- Request 3 day hold
- Can discuss setting A&P date at the detention hearing

☒ Defendant is ordered temporarily detained for a maximum of: ☒ 3 days ☐ 5 days ☐ 10 days
   Detention Hearing set for: 4/23/2025 at 11:30 AM

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.