# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 25-mj-376 |
| ) | |
| TIMOTHY BEA ) | |
| *Defendant* ) | |

## ORDER OF TEMPORARY DETENTION AND
## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| PLACE: <br> U.S. District Court <br> 517 E. Wisconsin Ave. <br> Milwaukee, Wisconsin <br><br> BEFORE: <br> MAGISTRATE JUDGE STEPHEN C. DRIES | Courtroom No.: 284 |
|---|---|
| | Date and Time: **April 23, 2025 at 11:30 AM** |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: April 21, 2025

*Judge's signature*

STEPHEN C. DRIES, U.S. Magistrate Judge
*Printed name and title*