# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | ) |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Case No. |
| | ) |
| _____ | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as counsel for:

_____ .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*