



GOVERNMENT EXHIBIT



