UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.  Case No. 25-MJ-00376

TIMOTHY BEA,

    Defendant.

## NOTICE OF APPEARANCE

Please take notice that plaintiff, United States of America, is now also represented by Assistant United States Attorney Patricia Daugherty.

Dated at Milwaukee, Wisconsin, this 25th day of April, 2025.

    RICAHRD G. FROHLING
    Acting United States Attorney

By: */s/ Patricia Daugherty*
    PATRICIA DAUGHERTY
    Assistant United States Attorney