# COURT MINUTES OF CONFERENCE

UNITED STATES of AMERICA,

v.                                                           CASE NO. 25-MJ-376-SCD-JPS

TIMOTHY BEA.

## HON. J. P. STADTMUELLER PRESIDING

DATE: May 2, 2025                         TIME SCHEDULED: 11:30 a.m.

COURT DEPUTY/CLERK: Caitlin Fernandez Zamora    TIME CALLED: 11:30 a.m.

COURT REPORTER: Susan Armbruster           TIME FINISHED: 11:42 p.m.

GOVERNMENT BY: Patricia Daugherty, Elizabeth Monfils

DEFENDANT BY: Joshua Uller

PROBATION: Joseph Werner

Notes:

- 11:30   Appearances
- 11:31   Court explains purpose of conference; Court notes it has reviewed the criminal complaint, the bond study, and the party's written submissions filed earlier this week; directs Probation to update the Pre-trial Services Report to provide additional information with respect to Defendant's employment going back four years; further directs counsel to determine Defendant's status with the Internal Revenue Service regarding whether he has filed individual or business-related income tax returns; further directs that the Probation department examine the acquisition by Defendant of the automobiles he owns and each of his real estate holdings; Court mentions that an additional hearing will be held the following week Wednesday, Thursday, or Friday
- 11:36   Governments expects to present the case to the grand jury within the required period of time
- 11:36   Defense counsel mentions that he will endeavor to obtain the requested information; discusses that he is in trial the following week and it may impact his ability to prioritize this; Defense counsel comments on the Government's discovery
- 11:39   Court comments on nature of the case; Court is willing to hold a hearing any day where all the requested facts can be presented; also requests that Probation obtain information as to when Defendant's bar was licensed and when it was converted to a daycare center
- 11:42   Court stands in recess