# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>__Timothy Bea__<br>*Defendant* | )<br>)<br>) Case No. 25-mj-376<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 5/2/25

_[signature]_
*Defendant's signature*

_[signature]_
*Signature of defendant's attorney*

Joshua Uller 1055173
*Printed name and bar number of defendant's attorney*

411 E. Wisconsin Ave
*Address of defendant's attorney*

joshua_uller@fd.org
*E-mail address of defendant's attorney*

414-221-9900
*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*