# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                                                     Case No. 25-MJ-376-SCD

**TIMOTHY BEA,**

    **Defendant.**

---

### ORDER GRANTING THE UNITED STATES' MOTION FOR LEAVE TO DISMISS COMPLAINT

---

Upon motion of the United States, ECF No. 20, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the court **GRANTS** the United States leave to dismiss the complaint in the above-captioned case.

**SO ORDERED** this 2nd day of June, 2025.

_____
STEPHEN C. DRIES
United States Magistrate Judge